UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELINA CALCANO, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>TWIG NEW YORK LLC,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 1:21-cv-6974 |

Plaintiffs and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear her/its own fees and costs.

Dated: Sept 16 2021
New York, New York

_____
Michael A. LaBollita (ML-9985)
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: 212.228.9795
Fax: 212.982.6284
Michael@Gottlieb.legal
Jeffrey@gottlieb.legal
Dana@Gottlieb.legal

*Attorneys for Plaintiffs*

_____
Toby Futter
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
tobyfutter@quinnemanuel.com
Tel: (917) 765-1907
*Attorneys for Defendant*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: September 18, 2021

5